**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: September 4, 2013**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | : |
| DENNIS RAY ABNER | : CASE NO. 13-31472 |
| MICHELLE LEANNE ABNER | Chapter 7, Judge Walter |
| | : |
| Debtors | ORDER GRANTING MOTION TO |
| | : REDEEM PERSONAL PROPERTY |

The Debtors have filed the above Motion to Redeem Personal Property (Doc 15), and no objections have been filed.  For good cause shown, said Motion is GRANTED, and Debtors are authorized to redeem the laptop computer, printer and computer games for the sum of $150.00, to be paid to creditor HSBC Retail Services/Capital One, N.A./Best Buy Co., Inc. within thirty (30) days from the date of this order.

SO ORDERED.

Copies to:

Default List

HSBC Retail Services/Best Buy
Billing Inquiries:
P.O. Box 5893
Carol Stream, IL 60197-5893

Capital One, N.A./HSBC/Best Buy Co., Inc.
c/o Bass & Associates, P.C.
Attention:  Lana Trasmondi
3936 E. Fort Lowell Road, Suite 200
Tucson, AZ  85712-1083

# # #